# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**FRANCISCO MENDOZA-TORRES**

    **Plaintiff,**

v.                                                                               **NO. CV 08-442 JH/CEG**

**UNITED STATES OF AMERICA**

    **Defendant.**

and

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                                                               **NO. CR 06-045 JH**

**FRANCISCO MENDOZA-TORRES,**

    **Defendant**.

## ORDER ADOPTING MAGISTRATE JUDGE'S AMENDED PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Amended Proposed Findings and Recommended Disposition on August 15, 2008 (Doc. 9).  The proposed findings notify Mendoza-Torres of his ability to file objections and that failure to do so waives appellate review.  To date, Mendoza-Torres has not filed any objections and there is nothing in the record indicating that the proposed findings were not delivered.

Wherefore,

IT IS HEREBY ORDERED THAT:

1)	the Magistrate Judge's Amended Proposed Findings and Recommended

   Disposition (Doc. 9) are adopted;

2) Defendant's § 2255 reduction in sentence claim is denied with prejudice;

3) Defendant's § 2241 equal protection claim is denied without prejudice; and

4) this civil proceeding is dismissed with prejudice.

             _____
             UNITED STATES DISTRICT JUDGE